IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

v.

**DANIEL MITCHELL,**

    Defendant.

Case No. 7:05-CR-20 (HL)

### ORDER

On December 27, 2011, Defendant filed a *pro se* Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c). (Doc. 112). The Court appointed the Federal Defender to represent Defendant in connection with his sentence reduction request. (Doc. 115). As directed by the Court, the Federal Defender filed a Supplemental Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c). (Doc. 119). The supplemental motion was filed on April 12, 2012.

Over thirteen months have passed since the filing of the initial motion, and almost ten months have passed since the filing of the supplemental motion. The Government has yet to file a response to either motion.

The Court orders the Government to file a response to the motions not later than 5:00 p.m. on February 15, 2013. No extensions will be given.

**SO ORDERED**, this the 11th day of February, 2013.

                                        *s/ Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh